No. 583, Misc. WOODBURY *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se.* *Manuel W. Levine* for respondent.

No. 682, Misc. ETHERTON *v.* THOMAS, WARDEN. Court of Appeals of Kentucky. Certiorari denied. Petitioner *pro se.* *John B. Breckinridge,* Attorney General of Kentucky, and *Robert L. Montague III,* Assistant Attorney General, for respondent.

No. 916, Misc. MARTIN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for the United States.

No. 917, Misc. PATRICK *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 931, Misc. LANDRY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 955, Misc. EVANS *v.* DICKSON, WARDEN. Supreme Court of California. Certiorari denied.

No. 959, Misc. WHITE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 960, Misc. HILL *v.* WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied.